UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE SMITH,<br><br>Plaintiff,<br><br>v.<br><br>D. JONES,<br><br>Defendant. | Case No. 3:20-CV-0504-MMD-CLB<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL**<br><br>[ECF No. 57] |

Before the court is Plaintiff Willie Smith's ("Smith's") motion for appointment of counsel. (ECF No. 57). Defendants opposed the motion, (ECF No. 61), and no reply was filed. This is Smith's second motion requesting appointment of counsel. (*See* ECF No. 42.) The Court denied Smith's first motion for counsel in March 2022. (ECF No. 48.) Smith's second motion for counsel, (ECF No. 57), is **DENIED** on the same basis stated in the Court's previous order. (ECF No. 48.)

Defendants have filed a motion for summary judgment. (ECF No. 62.) Smith shall file a response to the motion on or before **July 28, 2022.** (ECF No. 66.)

**IT IS SO ORDERED.**

**DATED**: July 13, 2022

_____
**UNITED STATES MAGISTRATE JUDGE**