UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| WILLIE T. SMITH, | Case No. 3:20-CV-00504-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| DAWN JONES, *et al.*, | |
| Defendants. | |

On July 6, 2022, Defendants filed a motion for summary judgment. (ECF No. 62). Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). (ECF No. 66). Plaintiff failed to timely oppose the motion. However, the Court *sua sponte* granted Plaintiff an extension of time to August 29, 2022 to file an opposition to the motion. (ECF No. 70). To date, Plaintiff has failed to file an opposition.

The Court will again *sua sponte* grant plaintiff one ***final*** extension of time to **Friday, September 30, 2022** to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If Plaintiff fails to file an opposition, the motion will be submitted to the Court for decision.

**IT IS SO ORDERED.**

DATED: _____August 30, 2022_____

_____
UNITED STATES MAGISTRATE JUDGE