UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE T. SMITH,<br><br>　　　　　　　Plaintiff,<br>　v.<br>DAWN JONES, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-00504-MMD-CLB<br><br>ORDER |

　　　　The Amended Complaint in this action was filed on December 17, 2021. (ECF No. 34.) The Court issued a notice of intent to dismiss Defendant Don Adams under Fed. R. Civ. P. 4(m) unless proof of service is filed by August 31, 2022. (ECF No. 71.) *See also* LR 15-1(b) (providing that "[i]f the court grants leave to file an amended pleading, and unless the court orders otherwise, the moving party must then file and serve the amended pleading"). To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Defendant Don Adams are dismissed without prejudice.

　　　　DATED THIS 2nd Day of September 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE